UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mc-16-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| HODA SAMUEL, | |
| Defendant. | |

Within fourteen (14) days of this order, the United States shall file a response to defendant's filings opposing garnishment. (ECF Nos. 11, 12.) In addition to outlining the applicable law and responding to defendant's contentions, the response shall address the relevant procedural history of the underlying criminal case, including the potential impact of any agreements reached between the United States and defendant.

In light of defendant's incarceration in Texas, and because oral argument would not be of material assistance, the matter shall then be submitted on the record and written briefing without oral argument, with a written order to follow. If the court subsequently determines that oral argument or supplemental briefing is necessary, the parties will be notified.

////

1

1       IT IS SO ORDERED.

2 Dated: September 10, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2