IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                        v.<br><br>HODA SAMUEL,<br><br>             Defendant. | Case No.: 2:15-MC-016-JAM-KJN<br><br>**ORDER** |

The Court, having reviewed the United States' Supplemental Briefing Responsive to the Court's February 17, 2016 Order Granting Bank Garnishment and Ex Parte Application for an Order Extending Time to Conduct Financial Discovery and File Briefing (the Application), and good cause appearing therefrom, hereby GRANTS the Application.  Accordingly, IT IS ORDERED that:

1.      The United States shall have an additional 60 days from the date this order is filed to file supplemental briefing with points and authorities informing the Court whether it intends to garnish the corporate accounts at Tri-Counties Bank; and

2.      The writ of garnishment with respect to the Defendant' safe deposit box at Tri-Counties Bank is terminated pursuant to the United States' request.

IT IS SO ORDERED.

Dated:  March 28, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order